IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  CARLOS MARTIN SEGURA CHANG,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the First Superseding Indictment as to Defendant Carlos Martin Segura Chang [Docket No. 637]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the First Superseding Indictment as to Defendant Carlos Martin Segura Chang [Docket No. 637] is granted. Counts One through Forty-One and Forty-Three through Sixty-Seven of the First Superseding Indictment are dismissed as to defendant Carlos Martin Segura Chang.

    DATED February 10, 2014.

                            BY THE COURT:

                            PHILIP A. BRIMMER
                            United States District Judge